# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## Martinsburg Division

| | |
|---|---|
| POTOMAC RIVERKEEPER, INC, ) <br> ) <br> *Plaintiff*, ) <br> v. ) <br> ) <br> BERKELEY COUNTY PUBLIC SERVICE ) <br> SEWER DISTRICT ) <br> ) <br> *Defendant*. ) <br> ___) | Civil Action No. 3:15-cv-00095 <br><br> AMENDED COMPLAINT FOR <br> DECLARATORY AND INJUNCTIVE <br> RELIEF, AND CIVIL PENALTIES |

## PLAINTIFF FILES AMENDED CLAIM IN SUPPORT OF A CITIZEN SUIT

Plaintiff Potomac Riverkeeper, Inc. ("Plaintiff" or "Potomac Riverkeeper") hereby complain of Defendant, Berkeley County Public Service Sewer District ("Defendant" or "Berkeley County PSSD") as follows:

### Nature of this Action

1. This is a citizen's suit under § 505 of the Clean Water Act, 33 U.S.C. § 1365, seeking declaratory relief, injunctive relief and the imposition of civil penalties under the Clean Water Act against Berkeley County PSSD. Defendant has violated and continues to violate sections 301 and 402 of the Clean Water Act, 33 USC §§ 1311 and 1342, with respect to discharges of pollutants from its Marlowe Towne Center facility located at Williamsport Pike, Falling Waters, West Virginia, 25419. Defendant's discharges of pollutants, including Fecal Coliform, Total Kjeldahl Nitrogen (TKN), Total Recoverable Zinc (Zinc) and Total Suspended Solids (TSS), are in excess of the conditions and effluent limitations set forth in its National Pollutant Discharge Elimination System ("NPDES") Permit WV0105791. These discharges adversely affect and cause environmental harm to the Potomac River, a navigable water of the United States, which is part of the Potomac River watershed, and harm the interests of the members of Potomac Riverkeeper, Inc.

### Jurisdiction and Venue

2. This court has subject matter jurisdiction over the claims enumerated in this Complaint pursuant to 33 U.S.C. §1365 (a)(1)(A) (Clean Water Act) and 28 U.S.C. §1331 (federal question). The relief requested is authorized pursuant to the Clean Water Act, 33 U.S.C. §1319 and §1365 and 28 U.S.C. §2201 and §2202.

3. In compliance with section 505(b) of the Clean Water Act, 33 U.S.C. §1365(b), Plaintiff provided the Administrator of the United States Environmental Protection Agency ("USEPA"), the Regional Administrator for USEPA, the West Virginia Department of Environmental Protection, and the Defendant with notice of intent to sue by letter dated May 20, 2015 ("the Notice"), sent by certified mail return receipt requested.  A copy of the Notice is attached to this Complaint as Exhibit A.

4. As of July 27, 2015, sixty days have passed since the Notice was served, and the violations addressed in the Notice are ongoing.  Defendant's discharge causes environmental harm to the receiving waters on an ongoing basis.  Neither the USEPA nor the State of West Virginia has commenced a court action to redress these violations.

5. The source of Defendant's discharge and violations is located in this District. Therefore, venue in the Northern District Court of West Virginia is proper according to 33 U.S.C. §1365(c) and 28 U.S.C. §1391 (b) & (c).

## Identification of Parties and Standing

6. The Potomac Riverkeeper, Inc. is a non-profit conservation organization with three regional branches, including the Upper Potomac Riverkeeper. The Upper Potomac Riverkeeper Branch  is responsible for protecting the Potomac River and all of its feeder streams in the region from the confluence of the Potomac and Shenandoah Rivers all the way upstream to Fairfax Stone and beyond. It represents nearly 2,000 members who use the river for recreation and drinking water, and who actively support our collective efforts to protect the Potomac. Its mission is to protect the public's right to clean water in our rivers and streams. The organization works to stop pollution to promote safe drinking water, protect healthy river habitats, and enhance public use and enjoyment. Specifically, its members have and continue to use and enjoy the Potomac River for recreational fishing and boating. Plaintiff is a citizen under the Clean Water Act.

7. Defendant's discharges have degraded and continue to degrade the quality of the Potomac River, and thereby adversely affect the recreational, aesthetic, environmental, property, and other interests of the members of the Potomac Riverkeeper, Inc. The interests of the members the Potomac Riverkeeper, have been, and will continue to be, affected by the Defendant's failure to comply with the Clean Water Act.

8. The interests that Plaintiff seeks to protect are germane to the organizational purposes of Potomac Riverkeeper, Inc.

9. Defendant owns and operates a publically owned treatment works  (POTW) located at Williamsport Pike, Falling Waters,West Virginia, 25419.  Defendant continues to discharge pollutants, including Fecal Coliform, Total Kjeldahl Nitrogen (TKN), Total Recoverable Zinc (Zinc) and Total Suspended Solids (TSS), in excess of the conditions and effluent limitations set forth in their National Pollution Discharge Elimination System ("NPDES") permit WV0105791.  Berkeley County PSSD is a person under the Clean Water Act.

10. Defendant's violations of the Clean Water Act allow this court to impose declaratory relief, injunctive relief and assess civil penalties pursuant to sections Clean Water Act § 309(d), 33 USC § 1319(d), and 40 C.F.R. 19, 28 U.S.C. §2201 and §2202.

11. Without the issuance of declaratory relief, injunctive relief and the assessment of civil penalties, Defendant will continue to degrade the quality of the Potomac River to the further injury of the plaintiff, plaintiff's members and the environment.

12. The issuance of declaratory relief, injunctive relief and the imposition of civil penalties will cause Defendant to discontinue its current violations and deter it from committing future ones and thereby redress the injuries to Plaintiff and the members of Potomac Riverkeeper caused by Defendant's violations.

## Factual and Legal Background

13. In 1972, Congress enacted the Clean Water Act to "restore and maintain the chemical, physical and biological integrity of the Nation's waters." 33 U.S.C. §1251(a).  The Clean Water Act's goal is to attain water quality which provides for the protection and propagation of fish, shellfish, and wildlife and provides for recreation in and on the water." 33 U.S.C. §1251(a)(2).  Except as in compliance with a NPDES permit "the discharge of any pollutant by any person shall be unlawful." 33 U.S.C. §1311(a).

14. Under Section 402 of the Act, 33 U.S.C. § 1342, the West Virginia Department of Environmental Protection issued to Defendant NPDES Permit No. WV0105791 for the discharge of pollutants from Defendant's facility.   Defendant's facility has violated and is now in violation of that permit.

15. Fecal Coliform, Total Kjeldahl Nitrogen (TKN), Total Recoverable Zinc (Zinc) and Total Suspended Solids (TSS) are pollutants under the Clean Water Act.

16. Defendant's facility constitutes a point source under the Clean Water Act.

17. The Potomac River is a water of the United States under the Clean Water Act.

18. Defendant's excess discharge of Fecal Coliform, Total Kjeldahl Nitrogen (TKN), Total Recoverable Zinc (Zinc) and Total Suspended Solids (TSS) from its facility into the Potomac River constitutes a discharge of pollutants from a point source into a navigable waterway of the United States.

## COUNT I – VIOLATIONS OF THE CLEAN WATER ACT FOR DISCHARGES OF POLLUTANTS IN EXCESS OF EFFLUENT LIMITATIONS

19. Plaintiff re-alleges and incorporates by reference paragraphs 1 -18 above as if fully set forth herein.

20. Defendant has violated the terms of their NPDES permit, WV0105791, and violations continue to occur at the Defendant's facility. The monthly Discharge Monitoring Reports ("DMR") filed by Defendant Berkeley County PSSD and available to Plaintiff demonstrates that Berkeley County PSSD has violated its NPDES permit on a continuous basis with respect to several parameters.

21. NPDES Permit WV0105791 contains effluent limitations on the discharge of the pollutants Fecal Coliform, Total Kjeldahl Nitrogen (TKN), Total Recoverable Zinc (Zinc) and Total Suspended Solids (TSS). Berkeley County PSSD has violated these effluent limitations on at least the following occasions:

   A. Fecal Coliform Violations

| *Dates of Violation* | *Limit in Permit* | *Type of Permit Limit* | *Amount Discharged* | *Estimated Days in Violation* |
|---|---|---|---|---|
| April 2015 | 200 cnts/100ml | Monthly Geometric Mean Concentration | 541.1 cnts/100ml | 30 |
| April 2015 | 400 cnts/100ml | Daily Maximum Concentration | >6000 cnts/100ml | 30 |
| March 2015 | 200 cnts/100ml | Monthly Geometric Mean Concentration | 865.3 cnts/100ml | 31 |
| March 2015 | 400 cnts/100ml | Daily Maximum Concentration | >6000 cnts/100ml | 31 |
| February 2015 | 200 cnts/100ml | Monthly Geometric Mean Concentration | 1101.4 cnts/100ml | 28 |
| February 2015 | 400 cnts/100ml | Daily Maximum Concentration | >6000 cnts/100ml | 28 |
| January 2015 | 200 cnts/100ml | Monthly Geometric Mean Concentration | 235.5 cnts/100ml | 31 |
| December 2014 | 200 cnts/100ml | Monthly Geometric Mean Concentration | 2892.3 cnts/100ml | 31 |
| December 2014 | 400 cnts/100ml | Daily Maximum Concentration | 28000 cnts/100ml | 31 |
| November 2014 | 200 cnts/100ml | Monthly Geometric Mean Concentration | 1341.6 cnts/100ml | 30 |
| November 2014 | 400 cnts/100ml | Daily Maximum Concentration | 3600 cnts/100ml | 30 |
| October 2014 | 200 cnts/100ml | Monthly Geometric Mean | 980.1 cnts/100ml | 31 |

4

|  |  | Concentration |  |  |
|---|---|---|---|---|
| October 2014 | 400 cnts/100ml | Daily Maximum Concentration | 3200 cnts/100ml | 31 |
| September 2014 | 200 cnts/100ml | Monthly Geometric Mean Concentration | 415.5 cnts/100ml | 30 |
| September 2014 | 400 cnts/100ml | Daily Maximum Concentration | 2800 cnts/100ml | 30 |
| August 2014 | 400 cnts/100ml | Daily Maximum Concentration | >600 cnts/100ml | 31 |
| July 2014 | 200 cnts/100ml | Monthly Geometric Mean Concentration | 295 cnts/100ml | 31 |
| July 2014 | 400 cnts/100ml | Daily Maximum Concentration | >600 cnts/100ml | 31 |
| January 2014 | 200 cnts/100ml | Monthly Geometric Mean Concentration | 430 cnts/100ml | 31 |
| January 2014 | 400 cnts/100ml | Daily Maximum Concentration | 430 cnts/100ml | 31 |
| June 2010 | 200 cnts/100ml | Monthly Geometric Mean Concentration | 4743 cnts/100ml | 30 |

B. Total Kjeldahl Nitrogen (TKN)

| *Dates of Violation* | *Limit in Permit* | *Type of Permit Limit* | *Actual Discharge* | *Estimated Days in Violation* |
|---|---|---|---|---|
| April 2015 | 2.1 lb/day | Average Monthly Loading | 7.32 lb/day | 30 |
| April 2015 | 5 mg/l | Average Monthly Concentration | 25.80 mg/l | 30 |
| April 2015 | 5 mg/l | Daily Maximum Concentration | 25.80 mg/l | 30 |
| March 2015 | 2.1 lb/day | Average Monthly Loading | 3.05 lb/day | 31 |
| March 2015 | 5 mg/l | Average Monthly Concentration | 12.80 mg/l | 31 |
| March 2015 | 10 mg/l | Daily Maximum Concentration | 12.80 mg/l | 31 |
| February | 2.1 lb/day | Average | 5.23 lb/day | 28 |

5

| | | | | |
|---|---|---|---|---|
| 2015 | | Monthly Loading | | |
| February 2015 | 4.2 lb/day | Daily Maximum Loading | 6.40 lb/day | 28 |
| February 2015 | 5 mg/l | Average Monthly Concentration | 16.5 mg/l | 28 |
| February 2015 | 10 mg/l | Daily Maximum Concentration | 20.20 mg/l | 28 |
| April 2015 | 2.1 lb/day | Daily Maximum Loading | 7.32 lb/day | 30 |
| August 2014 | 18 mg/l | Average Monthly Concentration | 23.8 mg/l | 31 |
| June 2014 | 18 mg/l | Average Monthly Concentration | 27.0 mg/l | 30 |
| March 2014 | 18 mg/l | Average Monthly Concentration | 23.7 mg/l | 31 |
| January 2014 | 18 mg/l | Average Monthly Concentration | 21.0 mg/l | 31 |
| July 2011 | 18 mg/l | Average Monthly Concentration | 22 mg/l | 31 |

C. Total Recoverable Zinc (Zinc) Violations

| *Dates of Violation* | *Limit in Permit* | *Type of Permit Limit* | *Actual Discharge* | *Estimated Days in Violation* |
|---|---|---|---|---|
| March 2015 | 0.06 mg/l | Average Monthly Concentration | 0.133 mg/l | 31 |
| March 2015 | 0.12 mg/l | Daily Maximum Concentration | 0.137 mg/l | 31 |
| December 2014 | 0.06 mg/l | Average Monthly Concentration | 0.154 mg/l | 31 |
| June 2014 | 0.06 mg/l | Average Monthly Concentration | 0.082 mg/l | 30 |
| March 2014 | 0.06 mg/l | Average Monthly Concentration | 0.097 mg/l | 31 |

6

| December 2013 | 0.06 mg/l | Average Monthly Concentration | 0.073 mg/l | 31 |
| September 2013 | 0.06 mg/l | Average Monthly Concentration | 0.062 mg/l | 30 |
| June 2013 | 0.06 mg/l | Average Monthly Concentration | 0.109 mg/l | 30 |
| March 2013 | 0.06 mg/l | Average Monthly Concentration | 0.105 mg/l | 31 |
| December 2012 | 0.06 mg/l | Average Monthly Concentration | 0.125 mg/l | 31 |
| June 2012 | 0.06 mg/l | Average Monthly Concentration | 0.114 mg/l | 30 |
| March 2012 | 0.06 mg/l | Average Monthly Concentration | 0.168 mg/l | 31 |
| June 2011 | 0.06 mg/l | Average Monthly Concentration | 0.081 mg/l | 30 |
| March 2011 | 0.06 mg/l | Average Monthly Concentration | 0.076 mg/l | 31 |
| December 2010 | 0.06 mg/l | Average Monthly Concentration | 0.116 mg/l | 31 |
| September 2010 | 0.06 mg/l | Average Monthly Concentration | 0.063 mg/l | 30 |

   A. Total Suspended Solids (TSS) Violations

| *Dates of Violation* | *Limit in Permit* | *Type of Permit Limit* | *Actual Discharge* | *Estimated Days in Violation* |
|---|---|---|---|---|
| January 2015 | 12.5 lb/day | Average Monthly Loading | 57.6 lb/day | 31 |
| January 2015 | 25 lb/day | Daily Maximum Loading | 57.6 lb/day | 31 |
| January | 30 mg/l | Average | 192.0 mg/l | 31 |

| | | | | |
|---|---|---|---|---|
| 2015 | | Monthly Concentration | | |
| January 2015 | 60 mg/l | Daily Maximum Concentration | 192.0 mg/l | |

22. These exceedances as set forth in paragraph 21 each constitute separate violations of the Clean Water Act and, in the case of violations of the monthly average, constitute a separate violation on each day of the month in which the violation occurred.

23. The Clean Water Act authorizes civil penalties of up to thirty-seven thousand five hundred dollars ($37,500) for each violation of the Act.

24. Given the pattern of these exceedances, the violations of the Clean Water Act are likely to continue into the future.

Prayer for Relief

THEREFORE, Potomac Riverkeeper, Inc., pray that this Court issue the following relief:

(1) Declare that Defendant Berkeley County PSSD has violated and continues to violate the Clean Water Act;

(2) Enjoin Defendant Berkeley County PSSD from committing further violations of the Clean Water Act;

(3) Order Defendant Berkeley County PSSD to pay civil penalties in an amount equal to the number of violations proven at trial times the statutory maximum penalty of $37,500 per violation;

(4) Award Plaintiff its costs for prosecuting this citizens suit, including the costs of experts and Plaintiffs' reasonable attorney's fees; and

(5) For such other relief as the Court deems just and proper.

Respectfully submitted,

POTOMAC RIVERKEEPER, INC.,

By: /s/Christopher P. Stroech
Christopher P. Stroech, Esq.

Christopher P. Stroech, Esq.
Arnold & Bailey, PLLC
208 N. George Street
Charles Town, WV 25414
304-725-2002
304-725-0282 (Fax)
*Attorney for Plaintiff*

Kenneth T. Kristl, Esq.
Environmental and Natural Resources Law Clinic
Widener University Delaware Law School
4601 Concord Pike
Wilmington, DE 19803
(302) 477-2053
*Attorney for Plaintiff*

Hannah G. Leone, Esq.
Mid-Atlantic Environmental Law Center
4601 Concord Pike
Wilmington, DE 19803
(302) 477-2072
*Attorney for Plaintiff*